```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MILTON WILLIAMS, on behalf of himself and all other                    :
persons similarly situated,                                            :
                                                                       :
                                Plaintiff,                             :    23 Civ. 7043 (JPC)
                                                                       :
                -v-                                                    :    ORDER
                                                                       :
PATIENT LIFT USA, LLC,                                                 :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 20, 2023, Defendant filed a motion to dismiss the Complaint in this case. Dkts. 7-9.  Defendant did so without first filing a pre-motion letter, in violation of Individual Rule 6.A.  The parties are reminded that failure to comply with the Court's Individual Rules can result in sanctions.  Nevertheless, the Court will set the following briefing schedule for Defendant's motion to dismiss: opposition shall be due December 4, 2023, and any reply shall be due December 11, 2023.

    SO ORDERED.

Dated: November 21, 2023  
       New York, New York

                                                    JOHN P. CRONAN  
                                                    United States District Judge